# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

LSF9 MASTER TRUST,      :    No. 103 MAL 2019

        Respondent

:    Petition for Allowance of Appeal from
:    the Order of the Superior Court

      v.

WILLIAM C. PLOUFFE, JR.,

        Petitioner

## ORDER

**PER CURIAM**

     **AND NOW**, this 14th day of May, 2019, the Petition for Allowance of Appeal and the Emergency Motion for Stay are **DENIED**.